SHAND S. STEPHENS (Bar No. 67694)
shand.stephens@us.dlapiper.com
JEANETTE T. BARZELAY (Bar No. 261780)
jeanette.barzelay@us.dlapiper.com
EVA K. SCHUELLER (Bar No. 237886)
evi.schueller@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel.:   415.836.2500
Fax:   415.836.2501

*Attorneys for Defendants Constantia Capital Limited and King Chuan San Carlos LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                    Plaintiff,<br><br>       v.<br><br>CONSTANTIA CAPITAL LIMITED, a Delaware Limited Partnership; and KING CHUAN SAN CARLOS LLC, a California Limited Liability Company,<br><br>                    Defendants. | Case No. 3:22-cv-01456-TSH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT; [PROPOSED] ORDER**<br><br>[N.D. Cal. L.R. 6-1] |

Pursuant to Civil Local Rule 6-1, Defendants Constantia Capital Limited and King Chuan San Carlos LLC ("Defendants") and Plaintiff Scott Johnson ("Plaintiff") (together, the "Parties"), by and through undersigned counsel of record, stipulate as follows with respect to Defendants' time to respond to the Complaint:

WHEREAS, Plaintiff sent a waiver of service of summons to Defendants under Federal Rules of Civil Procedure, Rule 4(d);

WHEREAS, on April 5, 2022, Defendants executed the Waiver of the Service of Summons;

WHEREAS, on June 3, 2022, Plaintiff agreed to extend Defendants' time to respond to the Complaint by thirty (30) days to allow for Defendants' counsel's combined travel obligations and to allow adequate time to review the allegations;

WHEREAS, the Parties also request that the Court extend the deadline for completing a Joint Site Inspection under this Court's General Order 56 to allow for Defendants to respond to the Complaint, and that all other dates that are calculated based on the inspection date be adjusted accordingly;

WHEREAS, this is the first extension of time the Parties have sought; and

WHEREAS, no party will be prejudiced by the stipulated-to extension of time;

NOW, THERFORE, the Parties stipulate and request as follows:

1. Defendants' deadline to respond to the Complaint shall be extended from June 6, 2022 to July 6, 2022;

2. The Joint Site Inspection deadline will be extended accordingly to August 6, 2022.

                        Respectfully submitted,

Dated: June 6, 2022                **DLA PIPER LLP (US)**

By: */s/ Eva K. Schueller*
     SHAND S. STEPHENS
     JEANETTE T. BAZELAY
     EVA K. SCHUELLER
     *Attorneys for Defendants Constantia Capital Limited and King Chuan San Carlos LLC*

Dated: June 6, 2022

**CENTER FOR DISABILITY ACCESS**

By:    */s/ Amanda Seabock*
      AMANDA SEABOCK
      PRATHIMA PRICE
      DENNIS PRICE
      *Attorneys for Plaintiff Scott Johnson*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

                    HONORABLE THOMAS S. HIXSON

## SIGNATURE ATTESTATION

I, Eva K. Schueller, am the ECF user whose identification and password are being used to file the foregoing Stipulation to Extend Time to Respond to the Complaint. In compliance with Local Rule 5-1(h)(3), I hereby attest that all party signatories hereto concur in this filing's content and have authorized this filing.

Dated: June 6, 2022                              **DLA Piper LLP (US)**


                                                 By: */s/ Eva K. Schueller*
                                                        Eva K. Schueller