CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Isabel Rose Masanque, Esq., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Constantia Capital Limited; King Chuan San Carlos LLC;** and Does 1-10, <br><br> Defendants | Case No.: 3:22-cv-01456-RS <br><br> **Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)** <br><br> Complaint Filed: 3/8/2022 |

PLEASE TAKE NOTICE:

In light of the Court's order declining to extend supplemental jurisdiction over Plaintiff's Unruh Civil Rights Act claim and dismissing that claim without prejudice, Plaintiff voluntarily dismisses his pending claim under the Americans with Disabilities Act in this action without prejudice pursuant to FRCP 41(a)(1)(A)(i), so that both claims may be litigated in the same forum.

Dated: September 20, 2022        CENTER FOR DISABILITY ACCESS

                                By: /s/ Isabel Rose Masanque
                                Isabel Rose Masanque
                                Attorneys for Plaintiff

-1-